**No. 11M40. Christopher Cheetam, Petitioner v. State Farm Fire and Casualty Company.**

565 U.S. 1011, 132 S. Ct. 569, 181 L. Ed. 2d 394, 2011 U.S. LEXIS 8044.

November 7, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 11M41. Christina D. Perry-Bey, Petitioner v. City of Norfolk, Virginia.**

565 U.S. 1011, 132 S. Ct. 569, 181 L. Ed. 2d 394, 2011 U.S. LEXIS 7943.

November 7, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 412 Fed. Appx. 638.

**No. 11M42. In re Saeed Bakhouche, aka Abdul Razak Ali, Petitioner.**

565 U.S. 1011, 132 S. Ct. 569, 181 L. Ed. 2d 394, 2011 U.S. LEXIS 8041.

November 7, 2011. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner granted.

**No. 10-704. Curt Messerschmidt, et al., Petitioners v. Augusta Millender, et al.**

565 U.S. 1012, 132 S. Ct. 570, 181 L. Ed. 2d 394, 2011 U.S. LEXIS 8055.

November 7, 2011. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 10-708. First American Financial Corporation, Successor in Interest to The First American Corporation, et al., Petitioners v. Denise P. Edwards.**

565 U.S. 1012, 132 S. Ct. 570, 181 L. Ed. 2d 394, 2011 U.S. LEXIS 8065.

November 7, 2011. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 10-844. Caraco Pharmaceutical Laboratories, Ltd., et al., Petitioners v. Novo Nordisk A/S, et al.**

565 U.S. 1012, 132 S. Ct. 570, 181 L. Ed. 2d 394, 2011 U.S. LEXIS 7928.

November 7, 2011. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 10-1121. Dianne Knox, et al., Petitioners v. Service Employees International Union, Local 1000.**

565 U.S. 1012, 132 S. Ct. 570, 181 L. Ed. 2d 394, 2011 U.S. LEXIS 8057.

November 7, 2011. Further consideration of respondent's motion to dismiss as moot is deferred to the hearing of the case on the merits.